**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIRGINIA D. YAZID,**
**as Personal Representative of the**
**ESTATE OF MUSA AKIL MASOMAKALI**
**YAZID, deceased, for and on behalf of the Estate**
**and all survivors,**

      **Plaintiff,**

**V.**                              **CASE NO.:  8:07-CV-00921**

**CITY OF TAMPA, JASON BROCATO,**
**and DAVID JOYNER**

      **Defendants.**

_____/

**NOTICE OF PENDENCY OF RELATED ACTIONS**

    **COMES NOW,** the **CITY OF TAMPA**, by and through the undersigned counsel, pursuant to the Clerk's direction and Local Rule 1.04(d), and hereby gives notice to the Court that there are no related cases in the United States District Court, any other court or administrative agency.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing with CM/ECF on this 12th day of June, 2007, which will send notice to: Barry A. Cohen, Esquire, Camille Godwin, Esquire, and Stephen L. Romine, Cohen, Jayson & Foster, P.A., 201 E. Kennedy Boulevard, Suite 1000, Tampa, FL  33602 (*attorney for Plaintiff*),  and by U.S. Mail to: Donald A. Smith, Esquire, Smith, Tozian & Hinkle, P.A., 109 E. Brush Street, Suite 200, Tampa, Florida 33602 (*attorney for Brocato and Joyner*).

**DAVID L. SMITH, CITY ATTORNEY**
**CITY OF TAMPA**


By:/s/ *Ursula D. Richardson*____
    Ursula D. Richardson
    Assistant City Attorney
    FBN:  0064467
    315 E. Kennedy Boulevard, 5th Floor
    Tampa, FL  33602
    (813) 274-7205 Telephone
    (813) 274-8809 Facsimile
    Ursula.Richardson@Tampagov.net
    Counsel for Defendant, City of Tampa