UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA DENEEN YAZID,
as Personal Representative of the
ESTATE OF MUSA AKIL MASOMAKALI
YAZID, deceased, for and on behalf of the
Estate and all survivors,

    Plaintiff,

vs.
                                                  Case No.: 8:07-CV-00921-EAK-EAJ

CITY OF TAMPA, JASON BROCATO,
and DAVID JOYNER,

    Defendants.
_____/

## MOTION OF GUARDIAN AD LITEM RECOMMENDING
## TO THE COURT TO APPROVE SETTLEMENT

COMES NOW, MICHAEL A. TONELLI, as the Court appointed Guardian Ad Litem of the minor, Khalid Earl Alphonso Yazid, and does hereby make the following recommendation:

1.    <u>The facts of the minor's claim and the terms of the proposed settlement, including any benefits to any persons or parties with related claims, are as follows</u>:   The minor Plaintiff, Khalid Earl Alphonso Yazid, whose date of birth is June 30, 1999, is a survivor under Florida's Wrongful Death Act of his father, Musa Yazid. The decedent is also survived by a spouse, Virginia Deneed Yazid, and an adult child, Jameisha Williams, whose date of birth is August 3, 1989.

It has been alleged that the City of Tampa, through its Officers, violated the decedent's constitutional rights, together with the use of excessive force, resulting in the decedent's death.

It is being proposed that the claim of the estate of the decedent settle with the City of Tampa and its officers for $150,000.00. From that an attorney fee of $16,500.00 is to be deducted, together with costs in the amount of $25,467.94. Additionally $6,000.00 is to be held

in trust pending costs not yet received or liens not yet resolved. The net settlement proceeds of $102,032.06 is to be allocated as follows:

    A.    60% to the spouse of the decedent

    B.    20% to the minor Plaintiff

    C.    20% to the adult child of the decedent

2.    <u>The Guardian Ad Litem has conducted the following interviews and reviewed the following documents in evaluating the minor's claim and the proposed settlement:</u> The undersigned has interviewed attorney Camille Godwin and the mother of the minor child and Personal Representative of the Estate, Virginia Deneen Yazid. The undersigned has reviewed a letter dated January 6, 2009 from attorney Camille Godwin, together with the Complaint and partial closing statement with cost sheet.

3.    <u>The Guardian Ad Litem provides the following analysis in support of his belief that the proposed settlement is in the best interest of the minor:</u> In connection with the investigation and the proposed terms and conditions of the settlement, the undersigned Guardian Ad Litem has familiarized himself with the facts and circumstances involved in this matter. The undersigned believes the settlement of $150,000.00 is in the minor's best interest in light of the fact that there would have been issues as to whether or not the Officers involved in the incident, in fact, violated the constitutional rights of decedent and further, used any excessive force in regards to this matter.

The undersigned finds the attorney fees and costs to be reasonable and necessary for the prosecution of the action.

It is the undersigned's understanding that the net settlement proceeds to the minor child will be in the amount of $20,406.12. It is being proposed that a one time lump sum contribution be made to the State of Florida College Prepaid Fund for the minor child in the amount of $13,225.14 and the remaining $7,180.98 be placed in a structured annuity which will pay to the

minor Plaintiff $226.36 per month for 48 months beginning August 1, 2017 and ending July 1, 2021. The undersigned is in agreement with the above allocation provided that the lump sum payment to the Florida Prepaid College Fund be paid directly from the attorney's trust account to the State of Florida Prepaid College Fund and the structured annuity amount of $7,180.98 be paid directly to the structured annuity company by the City of Tampa.

Based upon the above the undersigned would recommend to the Court approval of the settlement.

_____
GUARDIAN AD LITEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Report Of Guardian Ad Litem has been furnished to Camille Godwin, Esquire, 201 E. Kennedy Boulevard, Suite 1000, Tampa, Florida 33602, Ursula D. Richardson, Assistant City Attorney, City of Tampa, 315 E. Kennedy boulevard, 5th Floor, Tampa, Florida 33602 and Donald A. Smith, Esquire, 109 N. Brush Street, Suite 200, Tampa, Florida 33602 on the 12 day of Feb., 2009.

_____
MICHAEL A. TONELLI, ESQUIRE
BARR, MURMAN, TONELLI
Post Office Box 172669
Tampa, Florida 33672-0669
(813) 223-3951
Florida Bar No. 195154
Guardian Ad Litem

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA DENEEN YAZID,
as Personal Representative of the
ESTATE OF MUSA AKIL MASOMAKALI
YAZID, deceased, for and on behalf of the
Estate and all survivors,

    Plaintiff,

vs.                                                                 Case No.: 8:07-CV-00921-EAK-EAJ

CITY OF TAMPA, JASON BROCATO,
and DAVID JOYNER,

    Defendants.
_____/

### OATH OF GUARDIAN AD LITEM

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

    BEFORE ME, the undersigned authority, personally appeared, Michael A. Tonelli, who, after being sworn, states that he accepts the appointment of Guardian Ad Litem for Khalid Earl Alphonso Yazid, a minor, to represent said minor in all matters, to fairly represent the interest of the minor, to try to resolve the minor's personal injury claim, and shall faithfully discharge the duties of his office and protect the interest of the minor, Khalid Earl Alphonso Yazid.

    FURTHER AFFIANT SAYETH NAUGHT.

                                    _____
                                    MICHAEL A. TONELLI, ESQUIRE

Sworn to and subscribed before me this 12 day of Feb._____, 2009.

                                  _____
                                  Notary Public
                                  My Commission Expires:



LINDA H. SMALL
Notary Public - State of Florida
My Comm. Expires Nov 3, 2012
Commission # DD 806985
Bonded Through National Notary Assn.