UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA DENEEN YAZID,
as Personal Representative
of the ESTATE OF MUSA AKIL
MASOMAKALI YAZID, deceased,
for and on behalf of the
Estate and all survivors,

    Plaintiff,

v.                       CASE NO. 8:07-CV-921-T-17EAJ

CITY OF TAMPA, JASON BROCATO,
and DAVID JOYNER,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 28 Motion to Approve Settlement of Minor's Claim
Dkt. 32 Motion of Guardian Ad Litem Recommending
      To the Court to Approve Settlement

Plaintiff and Guardian Ad Litem of the minor child, Khalid Earl Alphonso Yazid, move the Court to approve the settlement of the claim. In determining whether to approve a proposed settlement, the cardinal rule is that the District Court must find the settlement is fair, adequate and reasonable and is not the product of collusion between the parties. See Cotton v. Hinton, 559 F.2d 1326, 1330 (5th Cir. 1977).

After consideration of the issues addressed at the hearing, and all pleadings in this case, the Court finds that it was necessary to employ an attorney on behalf of the minor; the contingent contract for representation was fair and reasonable at

Case No. 8:07-CV-921-T-17EAJ

the time it was entered into; the contract was fair in relation to the amount of legal services performed, and the fee under the contract is not excessive. The Court further finds that the settlement is fair, adequate and reasonable, and is not the product of collusion between the parties. Accordingly, it is

**ORDERED** that the Motions of Plaintiff and Guardian Ad Litem to Approve Settlement are **granted.** The settlement as to the claim of Khalid Earl Alphonso Yazid is approved. Plaintiff Virginia Deneen Yazid, as Personal Representative of the Estate and all survivors, is **authorized** to execute an appropriate Release of all claims on behalf of Khalid Earl Alphonso Yazid, a minor.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 13th day of February, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Michael A. Tonelli, Guardian Ad Litem